# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## COMPLAINT FORM

MAY 1 2026 PM3:05
FILED-USDC-CT-NEW_HAVEN

Belinda Khaghan

Case No. _____
(To be supplied by the Court)

v.

Robert Elenowitz

David Elenowitz

## A. PARTIES

1. _____Belinda Khaghan_____ is a citizen of _____United States_____ who
   (Plaintiff)                                          (State)
presently resides at 94 Southfield Avenue, Apt 204, Stamford, Connecticut 06902_____.
                        (mailing address)


   1. Defendant Robert Elenowitz _____ is a citizen of ____United States____
   (name of first defendant)                              (State)

address at 264 Herricks Road, Mineola, New York 11501_____.


   2. Defendant David Elenowitz is a citizen of _United States__ who presently
   (name of second defendant)

resides at 1175 Park Avenue, Apt 14C, New York, New York 10128

1

## B. JURISDICTION

It has been brought to my attention that my former ex-husband Robert Elenowitz (we were married from July 10, 2010 to June 24, 2014). with his brother David Elenowitz have been penetrating my considerable inheritance for their personal financial gain, My complete fifty percent (50%) share of my beneficial ownership of my inheritance including but not excluding my inheritance in my financial accounts at Fidelity Investments which are for my benefit for the benefit of my lifetime with respect to my inheritance my beneficial ownership of my inheritance from my late father Howard Wilcox date of death September 8, 2024 Social Security Number 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. With disguising my beneficial ownership interest under their control of property believed to be their proceeds from financial transactions concealing the source converting by movement involving Fidelity Investments, Fidelity Investments knowing that the monies involved in these financial transactions are under my beneficial ownership through my inheritance allowing my ex-husband and his brother to transfer between accounts, purchase or sale of a stock, involving transfer of title, scheming and defrauding.

(Exhibit A) TOD for November 15, 2024 for Fidelity Investments Account Portfolio Including my fifty percent (50%) beneficial ownership of my inheritance from my late father Howard Wilcox date of death September 8, 2024 Social Security Number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.

(Exhibit B) March 3, 2026 Affidavit Instrument # 2026081987, 12 Page(s) 03/03/2026 filed at Victor D. Crist, Clerk of Circuit Court, Hillsborough County, Florida Untainted Declarations, Conveyances and Recitals with respect to my beneficial ownership fifty percent (50%) of my inheritance (Inherited on September 8, 2024) from my late father the now deceased Howard Wilcox Date of Death September 8, 2024.

My ex-husband Robert Elenowitz and his brother David Elenowitz both Multi-Millionaires consider my beneficial ownership of my fifty percent (50%) share of my inheritance an available opportunity for their personal gain. With their business sophistication illegally attaching me to their Tax Returns with Tax Evasion individually, jointly, with their  trusts, llc's, llp's, partnership's, ltd, shell companies,  holding companies,  holdings companies, corporations etc., bank accounts, brokerage accounts exceeding tens of millions of dollars for their personal gain using my legal name, Social Security Number and date of birth. Enjoining me to their Buying and Selling of Real Estate Properties, creating new liens and using my beneficial ownership fifty percent (50%) inheritance to satisfy their existing liens on mortgages, adding my name  to their substantial debts, manufacturing expenses, comingling my inheritance for their tax benefits, Illegal leveraging of my inheritance, creating serious tax burdens for myself while receiving tax benefits for themselves, utilizing the Step-Up Cost Basis Date based on September 8, 2024 the date of death of my father Howard Wilcox which with their Multi Millions in Assets, Capital, Real Estate, Stock Equities etc. A Step-Up Cost Basis Date for my beneficial ownership of my inheritance is invaluable to them.

2

## C. CAUSE OF ACTION

**Claim I:**

Past and present Identity Theft with misuse and abuse of my inheritance for their advantage, gain, profit  increasingly starting from September 8, 2024 using my financial beneficial ownership of my fifty percent (50%) share inheritance from my deceased father Howard Wilcox. Unless they respond under penalty of perjury with force and effect in a court of law my ex-husband will carry on and it will be a never ending  of his affixing myself and presently my deceased father to his illicit activity of misuse and abuse by Identity Theft, proceeding to attach me with creating false names as legal, using different Date of birth and social security number on recorded documents.

With the Unauthorized filing of false and forged fraudulent tax returns,  attaching my name and the name of my father Howard Wilcox to fictional deeds of any kind, falsified mortgages, duplication of satisfaction of mortgages, inflated property taxes bills,  phony HOA payments, fictitious assignment of mortgages etc all illicit for his considerable financial benefit enjoining my name, birth date and Social Security Number.  In many instances, duplicating and purposely altering my legal name, using an inaccurate transposed date of birth and false social security number on recorded executed documents. This not being the first time that they have coerced together illegally using my Name, Social Security Number and Date of Birth for their financial benefit. Now with my inheritance their illicit activity associating me with their financial transactions has multiplied. The Internal  Revenue Service allows Taxes paid with an Inheritance to be paid proportionately with a Step Up Cost Basis Date, they have hijacked and are making claims taking possession of my beneficial ownership with the Step Up Cost Basis Date with my inheritance illicitly enjoining themselves by using the Step Up Cost Basis Date with Selling Assets, Capital Gains and Capital Losses, for their Real Estate Portfolio, Brokerage Accounts at Fidelity Investments with Stock Equities, LLC', Holding Companies, Fly-by-night Shell Companies, Partnerships, REIT'S, Holdings Companies, subsidiaries etc. The Step-Up Cost Basis Date for my Inheritance is invaluable to them. Attaching themselves to the legal net worth of my deceased father Howard Wilcox and duplicating the identity of my father to their advantage, gain, profit and benefit.

3

Robert Elenowitz and David Elenowitz have performed Illegitimate, unlawful, nefarious, illicit acts with respect to my deceased father Howard Wilcox consistent, unchanging with the invariable same playbook for the Real Estate Properties 25 Kettlepond Road, Jericho, New York 11753, 2112 Sifield Greens Way, Sun City Center, Florida 33573. Real Estate Property 499 Dune Road, Westhampton Beach, New York 11978, Real Estate Property One 57th Street, Apt 65A New York, New York, , 47 Valley Road, Old Westbury, New York 11568, One 5th Street, Apt 56A, New York, New York 10019, 85 & 95 Down East Lane, Southampton, New York 11968, 153 Great Plains Road, Southampton, New York, 11968, 1175 Park Avenue, New York, New York 10128, 35 Aspen Way, Woodbury, New York 11797.

## 25 Kettlepond Road, Jericho, New York 11753

Real Estate Property 25 Kettlepond Road, Jericho, New York 11753 relating or referring with respect to my deceased father Howard Wilcox Date of Death September 8, 2024 Social Security Number 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 for the expenses paid, outstanding past or present or owned jointly directly or indirectly or in partnership whether past or present sold or resold, including taxes, any deeds of any kind, mortgages, satisfaction of mortgages, property taxes, HOA, assignment of mortgages, use as collateral, liens, etc.

## 2112 Sifield Greens Way, Sun City Center, Florida 33573

Real estate property at 2112 Sifield Greens Way, Sun City Center, Florida 33573 with respect to my deceased father Howard Wilcox date of death September 8, 2024 Social Security Number 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 which was the private residence and fifty percent (50%) owned by my late father Howard Wilcox of which I inherited half of the fifty percent (50%) and my brother Ronald Wilcox his son inherited the other half of his fifty percent (50%) of his personal residence 2112 Sifield Greens Way, Sun City Center, Florida 33573.  for the expenses paid, outstanding past or present or owned jointly directly or indirectly or in partnership whether past or present sold or resold, including taxes, any deeds of any kind, mortgages, satisfaction of mortgages, property taxes, HOA, assignment of mortgages, use as collateral, liens,  etc.

## 499 Dune Road, Westhampton Beach, New York 11978

Real Estate Property 499 Dune Road, Westhampton Beach, New York 11978 relating or referring with respect to my deceased father Howard Wilcox Date of Death September 8, 2024 Social Security Number 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 relating and referring for the expenses paid, outstanding past or present or owned jointly directly or indirectly or in partnership whether past or present sold or resold, including taxes, any deeds of any kind, mortgages, satisfaction of mortgages, property taxes, assignment of mortgages, use as collateral, liens,  etc.

4

**One 57th Street, Apartment 65A, New York, New York 10019**

Real Estate Property 1 57th Street, Apartment 65A, New York, New York 10019 with respect to my deceased father Howard Wilcox Date of Death September 8, 2024 Social Security Number 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 relating and referring for the expenses paid, outstanding past or present or owned jointly directly or indirectly or in partnership whether past or present sold or resold, including taxes, any deeds of any kind, mortgages, satisfaction of mortgages, property taxes, HOA, assignment of mortgages, use as collateral, liens, etc.

**47 Valley Road, Old Westbury, New York 11568**

Real Estate Property 47 Valley Road, Old Westbury, New York 11568 with respect to my deceased father Howard Wilcox Date of Death September 8, 2024 Social Security Number 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 relating and referring for the expenses paid, outstanding past or present or owned jointly directly or indirectly or in partnership whether past or present sold or resold, including taxes, any deeds of any kind, mortgages, satisfaction of mortgages, property taxes, assignment of mortgages, use as collateral, liens,  etc.

**One 57th Street, Apartment 56A, New York, New York 10019**

Real Estate Property 1 57th Street, Apartment 56A, New York, New York 10019 with respect to my deceased father Howard Wilcox date of death September 8, 2024 Social Security Number 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 relating and referring for the expenses paid, outstanding past or present or owned jointly directly or indirectly or in partnership whether past or present sold or resold, including taxes, any deeds of any kind, mortgages, HOA, satisfaction of mortgages, property taxes, assignment of mortgages, use as collateral, liens, etc.

**85 & 95 Down East Lane, Southampton, New York 11968**

Real Estate Property 85 and/or 95 Down East Lane, Southampton, New York 11968 with respect to my deceased father Howard Wilcox date of death September 8, 2024 Social Security Number 11730-5196 relating and for the expenses paid, outstanding past or present or owned jointly directly or indirectly or in partnership whether past or present sold or resold, including taxes, any deeds of any kind, mortgages, satisfaction of mortgages, property taxes, assignment of mortgages, use as collateral, liens, etc.

5

**153 Great Plains Road, Southampton, New York 11968**

Real Estate Property, 153 Great Plains Road, Southampton, New York 11968 with respect to my deceased Howard Wilcox date of death September 8, 2024 Social Security Number 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 relating and referring for the expenses paid, outstanding past or present or owned jointly directly or indirectly or in partnership whether past or present sold or resold, including taxes, any deeds of any kind, mortgages, satisfaction of mortgages, property taxes, assignment of mortgages, use as collateral, liens, etc.

**1175 Park Avenue, Apartment Unit 14C, New York, New York 10128**

Real Estate Property 1175 Park Avenue, Apartment Unit 14C , New York, New York 10128 with respect to my deceased father Howard Wilcox date of death September 8, 2024 Social Security Number 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 relating and referring for the expenses paid, outstanding past or present or owned jointly directly or indirectly or in partnership whether past or present sold or resold, including taxes, any deeds of any kind, mortgages, satisfaction of mortgages, property taxes, assignment of mortgages, use as collateral, liens, etc.

**35 Aspen Way, Woodbury, New York 11797**

Real Estate Property 35 Aspen Drive, Woodbury, New York 11797 with respect to my deceased father Howard Wilcox date of death September 8, 2024 Social Security Number 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 relating and referring for the expenses paid, outstanding past or present or owned jointly directly or indirectly or in partnership whether past or present sold or resold, including taxes, any deeds of any kind, mortgages, satisfaction of mortgages, property taxes, assignment of mortgages, use as collateral, liens, etc.

**STOCK EQUITIES Including but not excluding Fidelity Investments, Fidelity**

**CEO Abigail Johnson of Fidelity Investments, Fidelity 245 Summer Street, Boston, MA**

The Influence of my e-husband and his brother with CEO Abigail Johnson of Fidelity Investments, Fidelity with respect to my fifty percent (50%) share beneficial ownership of my inheritance with respect to my deceased father Howard Wilcox date of death September 8, 2024 Social Security Number 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 has been obstructing my access and causing a threat to my financial accounts at Fidelity Investments, Fidelity relating or referring with respect to my deceased father Howard Wilcox date of death September 8, 2024 Social Security Number 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. They are accessing financial accounts using an illegal name, masking the date of death of my deceased father, hiding his Date of Birth and disseminating his Social Security Number. All documents and communications, llc, llp, partnership, ltd, shell, holding, holdings companies, distributions, expenses, deductions, financial statements,  etc. any taxes (which all taxes result in tax consequences and all tax returns result in tax consequences) any deeds of any kind, mortgages, satisfaction of mortgages, property taxes, HOA, assignment of mortgages, use as collateral, liens etc. or any individuals including individually and/or jointly and any entities accurate, whether with modifications, alterations, revisions, changes complete or incomplete,  however produced or reproduced, including relating or referring to all and anything hand written, printed, or typed whether oral, electronic, by document or otherwise whether in a meeting, by telephone, facsimile, email (desktop or mobile) text message by mobile, instant message, MMS or SMS message, regular mail, UPS, Federal Express, DHL Domestic or Foreign, telexes that constitutes, contains, embodies, reflects, identifies, states, refers to, deals with, whether fabricating, as well as resembling, along with likeness, faulty, fallacious, directly or indirectly is pertinent in addition to whether past or present sold or resold, bartered, traded, bought etc

7

**Duplicating and substituting any transferred, exchanged, reproduced, imitating, sold or resold of any Security Equities**

### (AAPL) Apple.com Stock Stock Equities

Sold or resold of any Security Equities in (AAPL) Apple.Com Stock individually or jointly with any other individual or entity resembling, including taxes (which all taxes result in tax consequences and all tax returns result in tax consequences) along with likeness, faulty, miscalculating, fallacious, domestic or foreign pertinent in addition to whether past or present together with any other information relating or referring with respect to my deceased father Howard Wilcox Date of Death September 8, 2024 or if my deceased father Howard Wilcox Date of Death September 8, 2024 or is also known by any other name than that herein noted.

### (SPY) Spdr S&P 500 ETF Equities

Sold or resold of any (SPY) Spdr S&P 500 ETF Security Equities in Stock individually or jointly with any other individual or entity resembling, including taxes (which all taxes result in tax consequences and all tax returns result in tax consequences) along with likeness, faulty, miscalculating, fallacious, domestic or foreign pertinent in addition to whether past or present together with any other information relating or referring with respect to my deceased father Howard Wilcox Date of Death September 8, 2024 or if my deceased father Howard Wilcox Date of Death September 8, 2024 or is also known by any other name than that herein noted.

### (AMZN) Amazon.com Stock Security Equities

Sold or resold of any (AMZN) Amazon.Com Security Equities in Stock individually or jointly with any other individual or entity resembling, also with and including taxes (which all taxes result in tax consequences and all tax returns result in tax consequences) along with likeness, faulty, miscalculating, fallacious, domestic or foreign pertinent in addition to whether past or present together with any other information relating or referring with respect to my deceased father Howard Wilcox Date of Death September 8, 2024 or if my deceased father Howard Wilcox Date of Death September 8, 2024 or is also known by any other name than that herein noted.

### (VYM) Vanguard Whitehall Security Equities

Sold or resold of any (VYM) Vanguard Whitehall Security Equities in Stock individually or jointly with any other individual or entity resembling, including taxes (which all taxes result in tax consequences and all tax returns result in tax consequences) along with likeness, faulty, miscalculating, fallacious domestic or foreign pertinent in addition to whether past or present together with any other information relating or referring with the respect to my deceased father Howard Wilcox Date of Death September 8, 2024 or if my deceased father Howard Wilcox Date of Death September 8, 2024 or is also known by any other name than that herein noted.

8

## (RTX) RTX Corporation Stock Security Equities

Sold or resold of any (RTX) RTX Corporation Security Equities in Stock individually or jointly with any other individual or entity resembling, including taxes (which all taxes result in tax consequences and all tax returns result in tax consequences) along with likeness, faulty, miscalculating, fallacious, domestic or foreign pertinent in addition to whether past or present together with any other information relating or referring with the respect to my deceased father Howard Wilcox Date of Death September 8, 2024 or if my deceased father Howard Wilcox Date of Death September 8, 2024 or is also known by any other name than that herein noted.

## (OKE) OneOK, Inc. Stock Security Equities

Sold or resold of any (OKE) OneOK, Inc. Security E Equities in Stock individually or jointly with any other individual or entity resembling, including taxes (which all taxes result in tax consequences and all tax returns result in tax consequences) along with likeness, faulty, miscalculating, fallacious, domestic or foreign pertinent in addition to whether past or present together with any other information relating or referring with the respect to my deceased father Howard Wilcox Date of Death September 8, 2024 or if my deceased father Howard Wilcox Date of Death September 8, 2024 or is also known by any other name than that herein noted.

## (ABBV) Abbvie, Inc Stock Security Equities

Sold or resold of any (ABBV) Abbvie Inc. Security Equities in Stock individually or jointly with any other individual or entity resembling, including taxes (which all taxes result in tax consequences and all tax returns result in tax consequences) along with likeness, faulty, miscalculating, fallacious, domestic or foreign pertinent in addition to whether past or present together with any other information relating or referring with the respect to my deceased father Howard Wilcox Date of Death September 8, 2024 or if my deceased father Howard Wilcox Date of Death September 8, 2024 or is also known by any other name than that herein noted.

9

## LIMITED LIABILITY CORPORATIONS, PARTNERSHIPS AND LIMITED PARTNERSHIP

Robert Elenowitz and David Elenowitz Siphoning Capital, Assets, Real Estate, Stock Securities through LLC', Holding Companies, Invented Shell Companies, Partnerships, REIT'S, Holdings Companies to be used without detection concealing the identity, and destination disguising it as coming through legitimate sources in financial transactions

### 499 Dune AB Home LLC

Specifically, for the expenses paid outstanding past or present or owned jointly directly or indirectly or in partnership whether past or present sold or resold together with including but not excluding taxes (which all taxes result in tax consequences and all tax returns result in tax consequences) any deeds of any kind, mortgages, satisfaction of mortgages, property taxes, HOA, assignment of mortgages, use as collateral, liens etc. relating or referring with respect to myself and my deceased father Howard Wilcox date of death September 8, 2024 or if 499 Dune AB Home, LLC is also known by any other name than that herein noted.

### One 57 65A LLC

Particularly, for the expenses paid outstanding past or present or owned jointly or in partnership whether past or present together with any other information including but not excluding taxes (which all taxes result in tax consequences and all tax returns result in tax consequences) any deeds or any kind, mortgages, satisfaction of mortgages, property taxes, HOA, assignment of mortgages, use as collateral, liens etc. relating or referring with respect to my deceased father Howard Wilcox date of death September 8, 2024 or if the LLC,  one57 56A, LLC, New York, New York 10019 is also known by any other name herein noted.

### Southampton RE Partners, LLC

Specifically, for the expenses paid outstanding past or present or owned jointly or in partnership whether past or present together with any other information including but not excluding taxes (which all taxes result in tax consequences and all tax returns result in tax consequences) and deeds of any kind, mortgages, satisfaction of mortgages, property taxes, HOA, assignment of mortgages, use as collateral, liens etc. relating or referring with respect to my deceased father Howard Wilcox date of death September 8, or if Southampton RE Partners LLC s also known by any other name than that therein noted.

10

**Spray Holding, LLC**

Specifically, for the expenses paid outstanding past or present or owned jointly directly or indirectly or in partnership whether past or present together with any other information including but not excluding any taxes (which all taxes result in tax consequences and all tax returns result in tax consequences) deeds of any kind, mortgages, satisfaction of mortgages, property taxes, HOA, assignment of mortgages, use as collateral, liens etc. relating or referring with respect to my deceased father Howard Wilcox date of death September 8, 2024 or if Spray Holding LLC is also known by any other name than that therein noted.

**Spray Holdings, LLC**

Specifically, for the expenses paid outstanding past or present or owned jointly directly or indirectly or in partnership whether past or present together with any other information including but not excluding taxes, (which all taxes result in tax consequences and all tax returns result in tax consequences) any deeds of any kind, mortgages, satisfaction of mortgages, property taxes, HOA, assignment of mortgages, use as collateral, liens etc. relating or referring with respect to my deceased father Howard Wilcox date of death September 8, 2024 or if Spray Holdings LLC is also known by any other name than that herein noted

**Shasta NYC, LLC and Navo Holdings LLC**

Including but not limited to all documents and communications, accurate, whether with modifications, alterations, revisions, changes complete or incomplete,  however produced or reproduced, complete or incomplete, including relating or referring to all and anything hand written, printed, or typed whether oral, electronic, by document or otherwise whether in a meeting, by telephone, facsimile, email (desktop or mobile) text message by mobile, instant message, MMS or SMS message, regular mail, UPS, Federal Express, DHL Domestic or Foreign, telexes that constitutes, contains, embodies, reflects, identifies, states, refers to, deals with, whether fabricating, as well as resembling, along with likeness, faulty, fallacious, directly or indirectly is pertinent in addition to whether past or present together with any other information relating or referring with Shasta NYC, LLC or if also known by any other names than that herein noted individually or jointly with Navo Holdings, or if also known by any other names than that herein noted individually and jointly with Jeffrey Sussman and Susan Sussman or if also known by any other names than that herein noted individually and jointly with the real estate property 443 Lafayette Street, Apt 9C, New York, New York including but not excluding any taxes any deeds of any kind, mortgages, satisfaction of mortgages, property taxes, HOA, assignment of mortgages, use as collateral, liens etc.

11

## Christopher Angell, Esq

Including but not limited to Christopher Angell, esq, 1133 Avenue of the Americas, New York, New York 10036 individually or jointly with the law firm of Patterson, Belknap, Web & Tyler LLP, individually or jointly with the foundation Kornfeld Foundation 41 Schermerhorn Street, Brooklyn, New York 11201 relating or referring with respect to my deceased father Howard Wilcox date of death September 8, 2024 Social Security Number 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 or with any illegal name, date of death, date of Birth and/or Illegal Social Security number. All documents and communications, llc, llp, partnership, ltd, shell, holding, holdings companies, distributions, expenses, deductions, financial statements, etc. any taxes (which all taxes result in tax consequences and all tax returns result in tax consequences) any deeds of any kind, mortgages, satisfaction of mortgages, property taxes, HOA, assignment of mortgages, use as collateral, liens etc. or any individuals including individually and/or jointly and any entities accurate, whether with modifications, alterations, revisions, changes complete or incomplete, however produced or reproduced, including relating or referring to all and anything hand written, printed, or typed whether oral, electronic, by document or otherwise whether in a meeting, by telephone, facsimile, email (desktop or mobile) text message by mobile, instant message, MMS or SMS message, regular mail, UPS, Federal Express, DHL Domestic or Foreign, telexes that constitutes, contains, embodies, reflects, identifies, states, refers to, deals with, whether fabricating, as well as resembling, along with likeness, faulty, fallacious, directly or indirectly is pertinent in addition to whether past or present sold or resold, bartered, traded, bought etc.

## John Bennett, esq

Including but not limited to John Bennett, esq of the law firm of Bennett & Read, LLP 212 Windmill Lane, Southampton, New York 11968 relating or referring with respect to my deceased father Howard Wilcox date of death September 8, 2024 Social Security Number 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 or with any illegal name, date of death, date of birth and/or illegal Social Security Number. All documents and communications, llc, llp, partnership, ltd, shell, holding, holdings companies, distributions, expenses, deductions, financial statements, etc. any taxes (which all taxes result in tax consequences and all tax returns result in tax consequences) any deeds of any kind, mortgages, satisfaction of mortgages, property taxes, HOA, assignment of mortgages, use as collateral, liens etc. or any individuals including individually and/or jointly and any entities accurate, whether with modifications, alterations, revisions, changes complete or incomplete, however produced or reproduced, including relating or referring to all and anything hand written, printed, or typed whether oral, electronic, by document or otherwise whether in a meeting, by telephone, facsimile, email (desktop or mobile) text message by mobile, instant message, MMS or SMS message, regular mail, UPS, Federal Express, DHL Domestic or Foreign, telexes that constitutes, contains, embodies, reflects, identifies, states, refers to, deals with, whether fabricating, as well as resembling, along with likeness, faulty, fallacious, directly or indirectly is pertinent in addition to whether past or present sold or resold, bartered, traded, bought etc. including any employee.

**Sherry Wood, esq**

Sherry Wood, esq Attorney at Law, 6411 Yellow Wood Place, Sarasota, Florida relating or referring with respect to my deceased father Howard Wilcox date of death September 8, 2024 Social Security Number 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 or with any illegal name, date of death, date of birth and/or Illegal Social Security Number. All documents and communications, llc, llp, partnership, ltd, shell, holding, holdings companies, distributions, expenses, deductions, financial statements,  etc. any taxes (which all taxes result in tax consequences and all tax returns result in tax consequences) any deeds of any kind, mortgages, satisfaction of mortgages, property taxes, HOA, assignment of mortgages, use as collateral, liens etc. or any individuals including individually and/or jointly and any entities accurate, whether with modifications, alterations, revisions, changes complete or incomplete,  however produced or reproduced, including relating or referring to all and anything hand written, printed, or typed whether oral, electronic, by document or otherwise whether in a meeting, by telephone, facsimile, email (desktop or mobile) text message by mobile, instant message, MMS or SMS message, regular mail, UPS, Federal Express, DHL Domestic or Foreign, telexes that constitutes, contains, embodies, reflects, identifies, states, refers to, deals with, whether fabricating, as well as resembling, along with likeness, faulty, fallacious, directly or indirectly is pertinent in addition to whether past or present sold or resold, bartered, traded, bought etc.

**Josephine Ciaro, former companion of my deceased father Howard Wilcox**

Josephine Ciaro, former companion of my deceased father Howard Wilcox received a specific bequest for $50,000 received (only upon his death)  from the now Irrevocable Howard Wilcox revocable Trust (the $50,000 specific bequest was free of trust) from my deceased father Howard Wilcox Date of Death September 8, 2024 Social Security Number 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   of if also known by any other date of death,  date of birth or Social Security Number. There are documents which show tainted, if the need arises these tainted documents will be brought forward with the accountable individuals) My deceased father owned a fifty (50) share and Ms. Cairo owned fifty percent (50%) of the real estate property at 2112 Sifield Greens Way, Sun City Center, Florida 33573. (Myself and my brother and his son Ronald Wilcox) inherited his fifty percent (50%) share of the real estate property. There was the expense of a mortgage on the real estate property, HOA fees and property taxes on the house. There was only one agreement in the now Irrevocable Howard Wilcox Revocable Trust – His companion, Josephine Cairo could buy out his fifty percent (50%) share that was owned by my father the fifty percent) (50%) share that he owned in the property. Ms. Cairo on her own individually owned the other fifty percent share (50%) of the house. That was the only agreement. Ms. Cairo called me on the phone to ask me if I could give her my share of the house (which I inherited from my deceased father)  for free, She wanted it for free. I told her No that I was not giving her my share of the house and she hung up on me, we never ever spoke again. All documents and communications, llc, llp, partnership, ltd, shell, holding, holdings companies, distributions, expenses,

deductions, financial statements,  etc. any taxes (which all taxes result in tax consequences and all tax returns result in tax consequences) any deeds of any kind, mortgages, satisfaction of mortgages, property taxes, HOA, assignment of mortgages, use as collateral, liens etc. or any individuals including individually and/or jointly and any entities accurate, whether with modifications, alterations, revisions, changes complete or incomplete,  however produced or reproduced, including relating or referring to all and anything hand written, printed, or typed whether oral, electronic, by document or otherwise whether in a meeting, by telephone, facsimile, email (desktop or mobile) text message by mobile, instant message, MMS or SMS message, regular mail, UPS, Federal Express, DHL Domestic or Foreign, telexes that constitutes, contains, embodies, reflects, identifies, states, refers to, deals with, whether fabricating, as well as resembling, along with likeness, faulty, fallacious, directly or indirectly is pertinent in addition to whether past or present sold or resold, bartered, traded, bought etc.

**The Related Companies, LP 30 Hudson Yards, New York, New York 10001 Individually and Jointly, with Stephen M. Ross, Jeff Blau and Bruce Beal**

all relating or referring with respect to my deceased father Howard Wilcox Including but not limited The Related Companies, LP 30 Hudson Yards, New York, New York 10001 Individually and Jointly, with Stephen M. Ross, Jeff Blau, Bruce Beal all relating or referring with respect to my deceased father Howard Wilcox Date of Death September 8, 2024 Social Security Number 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 or with any illegal name, date of death, illegal date of birth and/or Illegal Social Security Number. All documents and communications, llc, llp, partnership, ltd, shell, holding, holdings companies, distributions, expenses, deductions, financial statements,  etc. any taxes (which all taxes result in tax consequences and all tax returns result in tax consequences) any deeds of any kind, mortgages, satisfaction of mortgages, property taxes, HOA, assignment of mortgages, use as collateral, liens etc. or any individuals including individually and/or jointly and any entities accurate, whether with modifications, alterations, revisions, changes complete or incomplete,  however produced or reproduced, including relating or referring to all and anything hand written, printed, or typed whether oral, electronic, by document or otherwise whether in a meeting, by telephone, facsimile, email (desktop or mobile) text message by mobile, instant message, MMS or SMS message, regular mail, UPS, Federal Express, DHL Domestic or Foreign, telexes that constitutes, contains, embodies, reflects, identifies, states, refers to, deals with, whether fabricating, as well as resembling, along with likeness, faulty, fallacious, directly or indirectly is pertinent in addition to whether past or present sold or resold, bartered, traded, bought etc.

14

**Gregory P. Benjamin, Theodore C. Benjamin, and Douglas S. Benjamin and the deceased Diana Benjamin**

Including but not limited to Gregory P. Benjamin, Theodore C. Benjamin and Douglas S. Benjamin Individually and Jointly, with the deceased Diana B. Benjamin, relating or referring with respect to my deceased father Howard Wilcox Date of Death September 8, 2024 Social Security Number 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 deceased father Howard Wilcox Date of Death September 8, 2024 Social Security Number 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. Or with any Illegal Name, Illegal Date of Death, Illegal Date of Birth and/or Illegal Social Security Number. All documents and communications, llc, llp, partnership, ltd, shell, holding, holdings companies, distributions, expenses, deductions, financial statements,  etc. any taxes (which all taxes result in tax consequences and all tax returns result in tax consequences) any deeds of any kind, mortgages, satisfaction of mortgages, property taxes, HOA, assignment of mortgages, use as collateral, liens etc. or any individuals including individually and/or jointly and any entities accurate, whether with modifications, alterations, revisions, changes complete or incomplete,  however produced or reproduced, including relating or referring to all and anything hand written, printed, or typed whether oral, electronic, by document or otherwise whether in a meeting, by telephone, facsimile, email (desktop or mobile) text message by mobile, instant message, MMS or SMS message, regular mail, UPS, Federal Express, DHL Domestic or Foreign, telexes that constitutes, contains, embodies, reflects, identifies, states, refers to, deals with, whether fabricating, as well as resembling, along with likeness, faulty, fallacious, directly or indirectly is pertinent in addition to whether past or present sold or resold, bartered, traded, bought etc

**John Fabiani, esq**

Including but not limited to John Fabiani, esq of Fabiani, Cohen & Hall LLP relating or referring with respect to my deceased father Howard Wilcox Date of Death September 8, 2024 Social Security Number 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 or with any Illegal Name, Date of Death, Illegal Date of Birth and/or Illegal Social Security Number. All documents and communications, llc, llp, partnership, ltd, shell, holding, holdings companies, distributions, expenses, deductions, financial statements,  etc. any taxes (which all taxes result in tax consequences and all tax returns result in tax consequences) any deeds of any kind, mortgages, satisfaction of mortgages, property taxes, HOA, assignment of mortgages, use as collateral, liens etc. or any individuals including individually and/or jointly and any entities accurate, whether with modifications, alterations, revisions, changes complete or incomplete,  however produced or reproduced, including relating or referring to all and anything hand written, printed, or typed whether oral, electronic, by document or otherwise whether in a meeting, by telephone, facsimile, email (desktop or mobile) text message by mobile, instant message, MMS or SMS message, regular mail, UPS, Federal Express, DHL Domestic or Foreign, telexes that constitutes, contains, embodies, reflects, identifies, states, refers to, deals with, whether fabricating, as well as resembling, along with likeness, faulty, fallacious, directly or indirectly is pertinent in addition to whether past or present sold or resold, bartered, traded, bought etc.

**Jason Waytowich, esq**

Including but not limited to Jason Waytowich, esq of the law firm of Segal, McCambridge, Singer & Mahoney Ltd relating or referring with respect to my deceased father Howard Wilcox Date of Death September 8, 2024 Social Security Number 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 deceased father Howard Wilcox Date of Death September 8, 2024 Social Security Number 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. Or with any Illegal Name, Illegal Date of Death, Illegal Date of Birth and/or Illegal Social Security Number. All documents and communications, llc, llp, partnership, ltd, shell, holding, holdings companies, distributions, expenses, deductions, financial statements,  etc. any taxes (which all taxes result in tax consequences and all tax returns result in tax consequences) any deeds of any kind, mortgages, satisfaction of mortgages, property taxes, HOA, assignment of mortgages, use as collateral, liens etc. or any individuals including individually and/or jointly and any entities accurate, whether with modifications, alterations, revisions, changes complete or incomplete,  however produced or reproduced, including relating or referring to all and anything hand written, printed, or typed whether oral, electronic, by document or otherwise whether in a meeting, by telephone, facsimile, email (desktop or mobile) text message by mobile, instant message, MMS or SMS message, regular mail, UPS, Federal Express, DHL Domestic or Foreign, telexes that constitutes, contains, embodies, reflects, identifies, states, refers to, deals with, whether fabricating, as well as resembling, along with likeness, faulty, fallacious, directly or indirectly is pertinent in addition to whether past or present sold or resold, bartered, traded, bought etc.

**John Tobin, CPA**

Including but not limited to relating or referring with respect to my deceased father Howard Wilcox Date of Death September 8, 2024 Social Security Number 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 All Tax Returns, All documents and communications, llc, llp, partnership, ltd, shell, holding, holdings companies, distributions, expenses, deductions, financial statements, etc. or any individuals including individually and/or jointly and any entities accurate, whether with modifications, alterations, revisions, changes complete or incomplete, however produced or reproduced, including relating or referring to all and anything hand written, printed, or typed whether oral, electronic, by document or otherwise whether in a meeting, by telephone, facsimile, email (desktop or mobile) text message by mobile, instant message, MMS or SMS message, regular mail, UPS, Federal Express, DHL Domestic or Foreign, telexes that constitutes, contains, embodies, reflects, identifies, states, refers to, deals with, whether fabricating, as well as resembling, along with likeness, faulty, fallacious, directly or indirectly is pertinent in addition to whether past or present sold or resold, bartered, traded, bought etc.

**Anthony Ricciardi individually or jointly with the Templeton Group**

Disingenuous and ambiguous knowingly misleading representing false attempts to represent respect to my deceased father Howard Wilcox Date of Death September 8, 2024 and Social Security Number 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 all documents and communications, accurate, whether with modifications, alterations, revisions, changes complete or incomplete,  however produced or reproduced, including relating or referring to all and anything hand written, printed, or typed whether oral, electronic, by document or otherwise whether in a meeting, by telephone, facsimile, email (desktop or mobile) text message by mobile, instant message, MMS or SMS message, regular mail, UPS, Federal Express, DHL Domestic or Foreign, telexes that constitutes, contains, embodies, reflects, identifies, states, refers to, deals with, whether fabricating, as well as resembling, along with likeness, faulty, fallacious, directly or indirectly is pertinent in addition to whether past or present together with any other information relating or referring with conflict of interest clients at the Templeton Group 500 7th Avenue, 8th floor, New York, New York or at any other location than herein noted including taxes, and all tax returns, deeds of any kind, mortgages, satisfaction of mortgages, property taxes, HOA, assignment of mortgages, use as collateral, liens etc. or if Anthony Ricciardi also knows my deceased father Howard Wilcox Date of Death September 8, 2024 by any other name than that herein noted.

Without my knowledge at the time of his complicity with my ex-husband and his brother Under the disguise of a January 25, 2025 email he sent me discussing the step up cost basis date for my fifty percent (50%) share inheritance, for my benefit for the benefit of my lifetime, he stated on this email that the date of the Step Up Cost Basis is January 22, 2025,  which is reported to the IRS, the step up cost basis date is based in respect to the date of death September 8, 2024 of my late father Howard Wilcox. The Step Up Cost Basis Date of January 22, 2025 has never been confirmed by Fidelity.

On this January  25, 2025 email he stated he was not able to meet with Fidelity the previous day (which was January 24 , 2025) due to a client conflict, never specifically stating who was the client conflict. Now apparent the client conflict was assisting my ex-husband and his brother both illegally penetrating my inheritance for their financial benefit which simultaneously is committing tax fraud using the step up cost basis date (which he stated was January 22, 2025 which has yet to be confirmed by Fidelity) illegally comingling their names and accounts to my fifty percent (50%) inheritance from my late father Howard Wilcox date of death September 8, 2024 Social Security Number 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 providing them with the essential step up cost basis for my inheritance for their benefit which is tax fraud. Feeling protected by my ex-husband and his brother, I have documented his consistent lies, (I have documented him requesting my "lega name" for the accountant, Obviously I replied I do not have a "lega name" I have a legal name which is Belinda Khaghan. He has bullied me, I have documented his forwarding me falsified documents, he has been complicit with the illegal use of my name, my date of birth, social security number and my personal address  Now, to further comingle my legal name, date of birth and my Social Security Number with my ex-husband and his brother.

17

## D. REQUEST FOR RELIEF

WHEREFORE, plaintiff demands:

I am pleading with the court seeking for a Subpoena for my ex-husband Robert Elenowitz and his brother David Elenowitz to be directed with respect to my deceased father Howard Wilcox, date of death September 8, 2024 and Social Security Number 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. Produce All documents and communications with the above Real Estate Properties, Stock Equities, LLC'S, LLP'S, Partnerships and LP'S, including Attorney's Christopher Angell, esq, Sherry Wood, esq, John Fabiani esq, Jason Waytowich, esq, and John Tobin, CPA Accountant and the deceased Diana Benjamin with son's Gregory Benjamin, Theodore Benjamin and Douglas Benjamin, including CEO Abigail Johnsn of Fidelity Investments, Fidelity, above herein noted  accurate, whether with modifications, alterations, revisions, changes complete or incomplete,  however produced or reproduced, , including relating or referring to all and anything hand written, printed, or typed whether oral, electronic, by document or otherwise whether in a meeting, by telephone, facsimile, email (desktop or mobile) text message by mobile, instant message, MMS or SMS message, regular mail, UPS, Federal Express, DHL Domestic or Foreign, telexes that constitutes, contains, embodies, reflects, identifies, states, refers to, deals with, whether fabricating, as well as resembling, along with likeness, faulty, fallacious, directly or indirectly is pertinent in addition to whether past or present sold or resold, including taxes with respect to my deceased father Howard Wilcox Date of Death September 8, 2024 or if my deceased father Howard Wilcox Date of Death September 8, 2024 or is also known by any other name than that herein noted.

To cease any further illicit behavior. Seeking that they provide the name of the individual of whom they came to receive this personal and financial information with my inheritance on behalf with respect to my late father Howard Wilcox date of death September 8, 2024. Hold accountable and be eliminated from any further activity for the illicit activity misuse and illegally allowing the use of my financial beneficial ownership of my fifty percent (50%) share inheritance. Upon the findings of the illicit financial activities that my ex-husband and his brother for their gain on their behalf and the behalf of others, monies in any form they gained be reimbursed and their being held accountable for their illicit activities which without the assistance of the individual needs to be accountable and eliminated from any further activity who provided with the personal and financial information in respect to my beneficial ownership of my  fifty percent (50%) inheritance from my late father Howard Wilcox date of death September 8, 2024 Social Security 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 would have not been possible.

18

## E. JURY DEMAND

Do you wish to have a jury trial?  Yes          No X

_____                    _____
Belinda Khaghan                                   **Plaintiff's Original Signature**


_____

**Belinda Khaghan**
**94 Southfield Avenue**
**Apt 204**
**Stamford, Connecticut Apt 204**

**Cell Phone Number 650-441-2746**
**Email Address XXAABB@PROTONMAIL.COM**


## DECLARATION UNDER PENALTY OF PERJURY

        The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____94 Southfield Avenue, Stamford, Connecticut 06902_____
                    on _____May 1, 2026_____.


_____
**Plaintiff's Original Signature**

19

**EXHIBIT A**

RECITALS AND CONVEYANCE

WHEREAS, I, Howard Wilcox, desire to establish a trust of which, during my lifetime, I am the sole beneficiary and the exclusive recipient of the economic benefits;

WHEREAS, this trust shall be initially funded with the sum of Ten Dollars ($10.00) in cash; such sum and any assets later added to the trust shall be known as the "trust fund" and shall be held, administered and distributed as provided in this document and any subsequent amendments to this document;

Powers Terminate on Death. On my Death, this Trust Agreement may not be amended, revoked or terminated.

NOW, THEREFORE, the Trustee acknowledges receipt of the trust fund and shall hold the same in trust under the following terms, conditions and provisions:

ARTICLE II

DECLARATIONS

2.A.Name. This trust shall be known as THE HOWARD WILCOX REVOCABLE

2.B. Family. I am a single/Divorce Man. My significant other is Josephine Cairo. I have three children, namely, Howard Wilcox, Jr., born on November 9, 1960; Belinda Wilcox, born on August 7, 1963; and Ronald Wilcox, born on April 7, 1966.

2.C. Only Prior Agreement. Josephine Cairo and I have an agreement dated August 1, 2006, that she shall have the right to purchase my fifty percent (50%) undivided interest in the real property located at 2112 Sifield Greens Way, Sun City Center, Florida, 33573.

After my death, the Trustee shall render an annual accounting to each beneficiary,

Appointment of Trustee. If there is no Trustee acting hereunder, than the beneficiary (Belinda Khaghan (nee Wilcox) shall appoint a successor Trustee by an instrument in writing.

Compensation A Trustee shall be entitled to receive compensation for its services.

The Records of the Trustee shall be open at all reasonable times to such inspections of the Accounting.

If the Trustee has received actual notice,  than the Trustee shall be liable if the Trustee has received actual written notice of the occurrence of an event affecting the beneficial interest of the Trust.

Page 1 of 7

Contracts. To enter into contracts which are REASONABLY incident to the administration of the Trust.

Release of Powers. Trustee shall have the power to release or restrict the power that such Trustee may hold in the connection of the Trust with a written instrument to the beneficiary.

Deals with Fiduciaries. To buy from, sell to and generally deal with the Trustee Individual and as a Fiduciary.

Manage and Control. To manage, control, sell at public or private sale. Defend actions and proceedings in respect to the Trust Fund and secure such insurance.

Bank Accounts. To open and maintain banks accounts in the name of the Trustee with any Bank, Trust Company or Savings and Loan authorized and doing business in the United States. Make Deposits or Withdrawals upon given written notice of such designation to the Bank, Trust Company or Savings and Loan.

Receive Assets. To receive, take possession of, sue for, recover and preserve the assets of the Trust Fund, both Real and Personal coming to its attention or knowledge, and the rents, issues and profits arising from such assets.

Tax Consequences. To prepare and file returns and arrange for payment with respect to all Local, State, Federal and Foreign Taxes to the Trust. To minimize the tax liabilities of this trust and its Beneficiaries.  Only Two Beneficiaries. 50% Fifty Percent Beneficiary of the Trust/Estate Remainder, Rest and Residue (Belinda Khaghan (nee Belinda Wilcox). 50% Fifty Percent Beneficiary of the Trust/Estate Remainder, Rest and Residue. Ronald Wilcox receives his 50% Trust/Estate Remainder, Rest and Residue it is made into one share, he receives the one share outright and is then Free of Trust. Only Beneficiary remaining is my daughter Belinda Khaghan (nee Belinda Wilcox)

Any federal and/or state death taxes imposed on any trust assets, or on any assets included in my taxable estate not part of the trust fund (or not added to the trust fund following my death) shall be paid from the residue of the Trust Estate (i.e., after any specific distributions) and shall not be pro-rated among the beneficiaries and/or trusts who actually receive such property.

Provided however: (a) No death taxes shall be apportioned to, charged against or paid from any gift made to a charitable organization that qualifies for a charitable deduction under §2055 of the Code. (b) No death taxes shall be apportioned to, charged against or paid from

any property qualifying for the marital deduction under §2056 of the Code. (c) No death taxes shall be apportioned to, charged against or paid from any other property excluded from the imposition of death taxes by reason of any exemption, exclusion, or deduction applicable to the property, or Any federal and/or state death taxes imposed on any trust assets, or on any assets included in my taxable estate not part of the trust fund (or not added to the trust fund following my death) shall be paid from the residue of the Trust Estate (i.e., after any specific distributions) and shall not be pro-rated among the beneficiaries and/or trusts who actually receive such property. Provided however: (a) No death taxes shall be apportioned to, charged against or paid from any gift made to a charitable organization that qualifies for a charitable deduction under §2055 of the Code.

(b) No death taxes shall be apportioned to, charged against or paid from any property qualifying for the marital deduction under §2056 of the Code. No death taxes shall be apportioned to, charged against or paid from any property qualifying for the marital deduction under §2056 of the Code.

(c) No death taxes shall be apportioned to, charged against or paid from any other property excluded from the imposition of death taxes by reason of any exemption, exclusion, or deduction applicable to the property, or because of

(i) provisions of my Will or this Trust Agreement that expressly exclude the property from taxation;

(ii) the relationship between me and the beneficiary of the property; or (iii) the character of the property. All such property shall pass free of death taxes. All death taxes imposed on property includible in my gross taxable estate under $2041 of the Code by reason of a general power of appointment held by me shall be charged to and paid from the property subject to the power.

Further, I direct that the amount of the general power of appointment property equal to the death taxes attributable to the value of the property shall be paid to the Trustee, to be held in this trust and used to pay death taxes. The amount of death taxes attributable to the property shall equal (i) the amount of all death taxes imposed on my taxable estate (including the value of the general power of appointment property), less (ii) the amount of all death taxes that would have been imposed on my taxable estate excluding the value of the general power of appointment property. The rules promulgated under §§$2207 of the Code shall apply in determining the amount of the incremental tax to be paid from the general power of appointment property. (e) Any increment in death taxes attributable to other property in which I had a life interest or a term interest that did not end prior to my death (including a life estate or life income interest) and which is included in my gross

taxable estate shall be borne by the holder or recipient of that property Notwithstanding the general language of this subparagraph 6.E., the state inheritance tax, if any, based on the relationship of the beneficiary to me shall be paid by each beneficiary who has received a distribution of the Trust Estate which gives rise to such tax. (3) Such authorized payments shall specifically exclude the payment of any generation-skipping transfer tax which shall be specifically borne by the asset giving rise to such tax.

Distribution at My Death. On my death, the Trustee shall hold, administer and distribute the trust fund,

Tangible Personal Property. The Trustee shall distribute my tangible personal property in accordance with any written instructions left by me. The remainder of my personal property, or all of it if no such instructions are left, shall be added to the residuary of the Trust Estate and shall be distributed in accordance with the provisions set forth below pertaining to the residue of my estate.

Specific Bequest. The Trustee shall distribute the sum of fifty thousand dollars ($50,000.00) to Josephine Cairo, now of Sun City Center, Florida, to her, outright, free of trust.

Residuary Estate - Special Trust. The Trustee shall hold, administer and distribute a sum equal to a fifty percent (50%) share of the rest, remainder and residue of the Trust Estate for the benefit of Belinda during her lifetime in further trust This Special Trust is created for the benefit of my daughter, Belinda Wilcox (hereinafter also referred to as Belinda). The Trustee shall regularly consult with Belinda During the lifetime of Belinda, the Trustee shall pay over to or for the benefit of Belinda as much of the net income and as much of the principal of the Special Trust, up to the whole thereof,

Residuary Estate. The Trustee shall divide the rest, residue and remainder of the Trust Estate into one (1) share. The one share, consisting of fifty percent (50%) of the Trust Estate, shall be allocated to Ronald Wilcox. The share shall thereafter be distributed as hereafter provided: (a) The Trustee shall distribute the respective share of the Trust Estate allocated to Ronald Wilcox to him, outright and free of trust.

Omission. I am specifically making no provisions for my son, Howard Wilcox, Jr., as he has no need of my bounty.

Executed on October 29, 2018, at Sun City Center, Hillsborough County, Florida.

Howard Wilcox, Trustor
2112 Sifield Greens Way
Sun City Center, Florida 33573

## TRUSTEE ACKNOWLEDGEMENT

I hereby acknowledge receipt of the trust fund, accept the terms of THE HOWARD WILCOX REVOCABLE TRUST, and covenant that I will execute the trust with all due fidelity.

Howard Wilcox, Trustee
2112 Sifield Greens Way
Sun City Center, Florida 33573

## WITNESSES

The foregoing instrument, titled THE HOWARD WILCOX REVOCABLE TRUST, was signed in our presence by Howard Wilcox. Howard Wilcox declared to us, the undersigned, that the foregoing instrument was his/her Living Trust, and requested us to act as witnesses to it. We declare that we are of sound mind and of proper age to be witnesses and that to the best of our knowledge, Howard Wilcox is of legal age, of sound mind, and under no constraint or undue influence. Howard Wilcox thereupon signed this Living Trust in our presence, all of us being present at the same time. We now, at his/her request, in his/her presence, and in the presence of each other, subscribe our names below as witnesses. Under the penalty of perjury, we declare these statements are true and correct this 29th day of October, 2018, at Sun City Center, Hillsborough County, State of Florida.

Martin Sarner
2105 Sifield Greens Way
Sun City Center, Florida 33573

(Signature of Witness #1)
(Printed name of Witness #1)
(Address of Witness #1, Line 1)
(Address of Witness #1, Line 2)

Barbara Sarner
2105 Sifield Greens Way
Sun City Center, Florida 33573

(Signature of Witness #2)
(Printed name of Witness #2)
(Address of Witness #2, Line 1)
(Address of Witness #2, Line 2)

## SELF-PROVING AFFIDAVIT

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

We, Howard Wilcox, the Testator, Martin Sarner and Barbara Sarner, the witnesses, whose names are signed to the attached instrument in those capacities, personally appearing before the undersigned authority and first being duly sworn, do hereby declare to the undersigned authority under penalty of perjury that the Testator declared, signed, and executed the instrument as his/her Last Will and Testament; he/she signed it willingly or willingly directed another to sign for him/her; he/she executed it as his/her free and voluntary act for the purposes therein expressed; and each of the witnesses, at the request of the Testator, in his or her hearing and presence, and in the presence of each other, signed the Will as witness and that to the best of his/her knowledge the Testator was at the time eighteen (18) years of age or older, of sound mind and under no constraint or undue influence.

Howard Wilcox      (Signature of Testator)
     (Printed name of Testator)
2112 Sifield Greens Way      (Address of Testator, Line 1)
Sun City Center, Florida 33573      (Address of Testator, Line 2)

     (Signature of Witness #1)
Martin Sarner      (Printed name of Witness #1)
2105 Sifield Greens Way      (Address of Witness #1, Line 1)
Sun City Center, Florida 33573      (Address of Witness #1, Line 2)

     (Signature of Witness #2)
Barbara Sarner      (Printed name of Witness #2)
2105 Sifield Greens Way      (Address of Witness #2, Line 1)
Sun City Center, Florida 33573      (Address of Witness #2, Line 2)

## CERTIFICATE OF ACKNOWLEDGEMENT OF NOTARY PUBLIC

Subscribed, sworn, and acknowledged before me, Sherry A. Wood, a notary public, by Howard Wilcox, the Testator, who is personally known to me or who has produced a Driver's License as identification, and sworn and subscribed before me by the witnesses, Martin Sarner, who is personally known to me or who has produced a Driver's License as identification, and Barbara Sarner, who is personally known to me or who has produced a Driver's License as identification, and subscribed by me in the presence of the Testator and both of the subscribing witnesses, all on this 29th day of October, 2018.

Sherry A. Wood, Notary Public
My commission expires: 11/07/2020



SHERRY A. WOOD
MY COMMISSION # GG 028014
EXPIRES: November 7, 2020
Bonded Thru Notary Public Underwriters

**AFFIDAVIT**

STATE OF FLORIDA. COUNTY OF HILLSBOROUGH

IN WITNESS WHEREOF. I, Howard Wilcox, the Trustor/Trustee, have signed my name to this instrument on this 29ᵗʰ day of October, 2018, and being duly sworn, do hereby declare to the undersigned authority and the undersigned witnesses that I signed and executed this instrument, that I signed it willingly (or willingly directed another to sign for me), that I executed it as my free and voluntary act for the purposes therein expressed, and that I am of legal age, of sound mind, and under no constraint or undue influence.

Howard Wilcox, Trustor/Trustee
2112 Sifield Greens Way
Sun City Center, Florida 33573

**WITNESSES**

We, Martin Sarner and Barbara Sarner, the witnesses, sign our names to this instrument, and, being duly sworn, do hereby declare to the undersigned authority that Howard Wilcox, the Trustor/Trustee, signed and executed this instrument and that the Trustor/Trustee signed it willingly (or willingly directed another to sign for him/her), and that each of us, in the presence and hearing of the Trustor/Trustee, hereby signs this instrument as witness to the Trustor's/Trustee's signing, and that to the best of our knowledge the Trustor/Trustee is of legal age, of sound mind, and under no constraint or undue influence.

| | |
|---|---|
| Martin Sarner<br>2105 Sifield Greens Way<br>Sun City Center, Florida 33573 | (Signature of Witness #1)<br>(Printed name of Witness #1)<br>(Address of Witness #1, Line 1)<br>(Address of Witness #1, Line 2) |
| Barbara Sarner<br>2105 Sifield Greens Way<br>Sun City Center, Florida 33573 | (Signature of Witness #2)<br>(Printed name of Witness #2)<br>(Address of Witness #2, Line 1)<br>(Address of Witness #2, Line 2) |

**CERTIFICATE OF ACKNOWLEDGEMENT OF NOTARY PUBLIC**

Subscribed, sworn, and acknowledged before me, Sherry A. Wood, a notary public, by Howard Wilcox, the Trustor/Trustee, who is personally known to me or who has produced a Driver's License as identification, and sworn and subscribed before me by the witnesses, Martin Sarner, who is personally known to me or who has produced a Driver's License as identification, and Barbara Sarner, who is personally known to me or who has produced a Driver's License as identification and subscribed by me in the presence of the Trustor/Trustee and both of the subscribing witnesses, all on this 29ᵗʰ day of October, 2018.

Sherry A. Wood, Notary Public
My commission expires: 11/7/2020

SHERRY A. WOOD
MY COMMISSION # GG 029014
EXPIRES: November 7, 2020
Bonded Thru Notary Public Underwriters

Instrument #: 2025528548, Pg 1 of 1, 12/15/2025 4:29:42 PM Deputy Clerk: OSERVICE Victor D. Crist, Clerk of the Circuit Court Hillsborough County

STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER   HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK

## BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2024146806

**DATE ISSUED:** SEPTEMBER 12, 2024

**DATE FILED:** SEPTEMBER 12, 2024

## DECEDENT INFORMATION

NAME: HOWARD  WILCOX

DATE OF DEATH: **SEPTEMBER 8, 2024**          SEX: **MALE**          AGE:**085  YEARS**
DATE OF BIRTH: **AUGUST 26, 1939**          SSN: ***-**▮▮▮
BIRTHPLACE: **NEW YORK, NEW YORK, UNITED STATES**
PLACE WHERE DEATH OCCURRED:     **INPATIENT**
FACILITY NAME OR STREET ADDRESS: **HCA FLORIDA SOUTH SHORE HOSPITAL**
LOCATION OF DEATH: **SUN CITY CENTER, HILLSBOROUGH COUNTY, 33573**
RESIDENCE:   **2112 SIFIELD GREENS WAY, SUN CITY CENTER, FLORIDA 33573, UNITED STATES**
COUNTY: **HILLSBOROUGH**
OCCUPATION, INDUSTRY: **MASTER ELECTRICIAN, ELECTRICIAN**
EDUCATION: **SOME COLLEGE CREDIT, BUT NO DEGREE**       EVER IN U.S. ARMED FORCES?**YES**
HISPANIC OR HAITIAN ORIGIN? **NO, NOT OF HISPANIC/HAITIAN ORIGIN**
RACE: **WHITE**

## SURVIVING SPOUSE / PARENT NAME INFORMATION

(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)
MARITAL STATUS: **DIVORCED**
SURVIVING SPOUSE NAME:  **NONE**
FATHER'S/PARENT'S NAME:    **BASIL  WILCOX**
MOTHER'S/PARENT'S NAME:    **LOUISA  PLUMEY**

## INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION

INFORMANT'S NAME:    **JOSEPHINE  CAIRO**
RELATIONSHIP TO DECEDENT:    **PARTNER**
INFORMANT'S ADDRESS: **2112 SIFIELD GREENS WAY, SUN CITY CENTER, FLORIDA 33573, UNITED STATES**
FUNERAL DIRECTOR/LICENSE NUMBER: **ASPEN DONOHUE, F343376**
FUNERAL FACILITY:   **SUN CITY CENTER FUNERAL HOME F145736**
          **1851 RICKENBACKER DRIVE, SUN CITY CENTER, FLORIDA 33573**
METHOD OF DISPOSITION: **REMOVAL FROM STATE**
PLACE OF DISPOSITION:   **GREENWOOD UNION CEMETERY**
          **RYE, NEW YORK**

## CERTIFIER INFORMATION

TYPE OF CERTIFIER: **CERTIFYING PHYSICIAN**
TIME OF DEATH (24 HOUR):  **0002**
CERTIFIER'S NAME:  **JASON CHRISTOPER STIBICH**
CERTIFIER'S LICENSE NUMBER:   **ME76668**
NAME OF ATTENDING PRACTITIONER (IF OTHER THAN CERTIFIER):   **NOT ENTERED**

MEDICAL EXAMINER CASE NUMBER: **NOT APPLICABLE**
DATE CERTIFIED: **SEPTEMBER 9, 2024**

The first five digits of the decedent's Social Security Number have been redacted pursuant to §119.071(5), Florida Statutes.

_Ken Jones_ _____ STATE REGISTRAR

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.
WARNING:   THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT
SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATER-
MARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND
THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT, THE DOCUMENT WILL NOT PRODUCE
A COLOR COPY.

REQ:  2026928187



* 4 7 7 3 0 0 7 3 *

DH FORM 1946 (08/01/2022)

CERTIFICATION OF VITAL RECORD


Florida HEALTH



STATE OF FLORIDA
(COUNTY OF HILLSBOROUGH)
THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE DOCUMENT ON FILE IN
MY OFFICE. WITNESS MY HAND AND OFFICIAL SEAL
THIS 3 DAY OF March 20 26
Victor D. Crist, Clerk of the Circuit Court
Hillsborough County, Florida
BY_____D.C.
Deputy Clerk

STATE OF FLORIDA
(COUNTY OF HILLSBOROUGH)
THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE DOCUMENT ON FILE IN
MY OFFICE. WITNESS MY HAND AND OFFICIAL SEAL
THIS 26 DAY OF Februar 20 26
Victor D. Crist, Clerk of the Circuit Court
Hillsborough County, Florida
BY_____D.C.
Deputy Clerk



# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE

## CERTIFICATION OF BIRTH

This is a certification of name and birth facts on file in the Office of Vital Records, Department of Health and Mental Hygiene, City of New York.

| DATE OF BIRTH | AUGUST 07, 1963 | | CERTIFICATE No. | 156-63-214141 |
|---|---|---|---|---|
| BOROUGH | BRONX | DATE FILED 08-09-1963 | DATE ISSUED | 01-25-2021 |

NAME **BELINDA WILCOX \*\*\***

SEX **FEMALE**

MOTHER/PARENT'S NAME **YOLANDA IBARRA**

FATHER/PARENT'S NAME **HOWARD WILCOX**

*Gretchen Van Wye*
Gretchen Van Wye, PhD, City Registrar

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law. ONL20210138559



115C00002509 2

**EXHIBIT B**



# Positions

< Accounts

# All accounts

**Overview**    Dividend View    Fund Performance    Closed Positions

As of Nov-15-2024 at 7:20 p.m. ET

| Symbol | Last Price | Last Price Change | $ Today's Gain/Loss | % Today's Gain/Loss | $ Total Gain/Loss | % Total Gain/Loss | Current Value | % of Account | Quantity | Average Cost Basis | Cost Basis Total | 52-Week Range |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SPAXX** HELD IN MONEY MAR... | | | | | | | $7,627.10 | 0.35% | | | | |
| **AAPL** APPLE INC | $225.00 | -$3.22 | -$9,721.05 | -1.42% | +$468,593.28 | +222.42% | $679,265.55 | 31.44% | 3,018.958 | $69.78 | $210,672.27 | $164.08 — $237.49 |
| **ABBV** ABBVIE INC COM USD... | $164.99 | -$4.64 | -$6,497.01 | -2.74% | +$90,265.42 | +64.12% | $231,021.63 | 10.69% | 1,400.216 | $100.52 | $140,756.21 | $136.30 — $207.32 |
| **AMZN** AMAZON.COM INC | $202.61 | -$8.87 | -$8,870.00 | -4.20% | +$59,925.00 | +41.99% | $202,610.00 | 9.38% | 1,000 | $142.69 | $142,685.00 | $139.52 — $215.90 |
| **OKE** ONEOK INC COM USD... | $109.81 | +$1.93 | +$2,016.85 | +1.78% | +$45,182.68 | +64.94% | $114,751.45 | 5.31% | 1,045 | $66.57 | $69,568.77 | $64.68 — $110.05 |
| **SPY** SPDR S&P500 ETF TR... | $585.75 | -$7.60 | -$9,039.16 | -1.29% | +$343,370.23 | +97.18% | $696,668.79 | 32.25% | 1,189.362 | $297.05 | Ⓦ $353,298.56 | $448.12 — $600.17 |
| **VYM** VANGUARD WHITEHA... | $130.70 | -$0.43 | -$751.18 | -0.33% | +$40,976.15 | +21.87% | $228,321.92 | 10.57% | 1,746.916 | $107.24 | $187,345.77 | $104.23 — $133.45 |
| **Account Total** | | | $32,861.55 | -1.50% | +$1,048,312.76 | +94.93% | $2,160,266.44 | | | | | |

Securities Priced Today    **$32,861.55**

Securities Not Priced Today    **$0.00**

Some securities, such as mutual funds, are not priced until after the market closes.

**ROLLOVER IRA**    118386006

| Symbol | Last Price | Last Price Change | $ Today's Gain/Loss | % Today's Gain/Loss | $ Total Gain/Loss | % Total Gain/Loss | Current Value | % of Account | Quantity | Average Cost Basis | Cost Basis Total | 52-Week Range |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FDRXX** HELD IN MONEY MAR... | | | | | | | $1,498.65 | 0.52% | | | | |
| **AMZN** AMAZON.COM INC | $202.61 | -$8.87 | -$2,439.25 | -4.20% | +$6,080.25 | +12.24% | $55,717.75 | 19.40% | 275 | $180.50 | $49,637.50 | $139.52 — $215.90 |
| **RTX** Ⓓ RTX CORPORATION C... | $118.53 | +$0.24 | +$212.88 | +0.20% | +$30,434.13 | +40.74% | $105,136.11 | 36.61% | 887 | $84.22 | $74,701.98 | $78.00 — $128.70 |
| **VYM** VANGUARD WHITEHA... | $130.70 | -$0.43 | -$410.65 | -0.33% | +$17,415.45 | +16.21% | $124,818.50 | 43.46% | 955 | $112.46 | $107,403.05 | $104.23 — $133.45 |
| **Account Total** | | | -$2,637.02 | -0.91% | +$53,929.83 | +23.27% | $287,171.01 | | | | | |

Securities Priced Today    **$2,637.02**

Securities Not Priced Today    **$0.00**

Some securities, such as mutual funds, are not priced until after the market closes.

https://digital.fidelity.com/ftgw/digital/portfolio/positions

**Cash Management (Joint WROS - TOD)**  X42758124

| | | | | | | |
|---|---|---|---|---|---|---|
| **CORE**<br>FDIC-INSURED DEPO... | | | | | $6,998.11 | 100.00% |
| **Account Total** | $0.00 | 0.00% | $0.00 | 0.00% | $6,998.11 | |

| Securities Priced Today | $0.00 |
|---|---|
| Securities Not Priced Today | $0.00 |

Some securities, such as mutual funds, are not priced until after the market closes.

**INDIVIDUAL - TOD**  Z67622044

| | | | | | | |
|---|---|---|---|---|---|---|
| **FDRXX**<br>HELD IN MONEY MAR | | | | | $588.49 | 100.00% |
| **Account Total** | $0.00 | 0.00% | $0.00 | 0.00% | $588.49 | |

| Securities Priced Today | $0.00 |
|---|---|
| Securities Not Priced Today | $0.00 |

Some securities, such as mutual funds, are not priced until after the market closes.

| | | | | | |
|---|---|---|---|---|---|
| **Grand Total** | $35,498.57 | -1.43% | +$1,102,242.59 | +82.50% | $2,455,024.05 |

| Securities Priced Today | $35,498.57 |
|---|---|
| Securities Not Priced Today | $0.00 |

Some securities, such as mutual funds, are not priced until after the market closes.

## Important Information

There was activity on this security today. Check Activity & Orders for details.

Adjusted due to previous wash sale disallowed loss. If you sell shares at a loss and you purchase additional shares of the same or a substantially identical security (in the same or a different account) within the 61 day period that begins 30 days before and ends 30 days after the sale, the purchase may result in a wash sale. If a wash sale occurs, the loss from the transaction should be "disallowed" for tax purposes, and the amount of the loss should be added to the cost basis of the newly-purchased shares. Unless otherwise requested or noted, Fidelity adjusts cost basis information related to newly-purchased shares when a wash sale occurs within an account as the result of an identical security purchase. Fidelity does not report disallowed losses or adjust cost basis information related to wash sales triggered by sales and purchases of the same security within different accounts or by sales and purchases of substantially identical securities within the same or different accounts. Fidelity does not apply any wash sale rules to tax lots with customer or 3rd-party provided cost basis. You must check your own records across all of your Fidelity and non-Fidelity accounts to ensure that you are correctly accounting for losses related to any wash sales.

Indicates an Earnings event exists within 5 calendar days. Earnings beat or miss is based on the actual earnings compared to the I/B/E/S consensus estimate.

Indicates a Dividend or Capital Gains Distribution exists.

⬝ Indicates that the security has not priced today. Some securities, such as mutual funds, are not priced until after the market closes.

Content and data provided by various third parties and Fidelity. Terms of Use

Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted, and investors should visit